**SO ORDERED.**

**SIGNED May 2, 2013.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

```
            UNITED STATES BANKRUPTCY COURT
             WESTERN DISTRICT OF LOUISIANA


IN RE:

FRED SCOTT HALLMAN, II                      CASE NO. 13-20038

     Debtor

------------------------------------------------------------------
           ORDER GRANTING MOTION FOR RECONSIDERATION
------------------------------------------------------------------
```

On April 29, 2013, the court entered an order dismissing this case. Debtor has now filed a Motion for Reconsideration. The court believes that the Debtor has stated sufficient cause to reinstate the case. Accordingly,

**IT IS HEREBY ORDERED** that the Debtor's Motion for Reconsideration is **GRANTED.**

###